**Dismiss and Opinion Filed January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01209-CV

### KEVIN REID ALTHOUSE, Appellant
### V.
### JULIA BURKS, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01338**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice FitzGerald

The clerk's record in this case was due on September 10, 2013. On that date, appellant filed a pro se "Application to Continue Proceeding in Forma Pauperis." On September 13, 2013, we issued an order denying the application "without prejudice to appellant's right to file an affidavit of indigence and motion for extension of time in compliance with TEX. R. APP. P. 20.1." We have not received any information indicating that appellant has complied with Texas Rule of Appellate Procedure 20.1.

By letter dated September 26, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had

been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal for want of prosecution. To date, appellant has not provided the required documentation or otherwise communicated with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

131209F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KEVIN REID ALTHOUSE, Appellant

No. 05-13-01209-CV        V.

JULIA BURKS, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-01338.
Opinion delivered by Justice FitzGerald.
Justices Lang and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JULIA BURKS recover her costs of this appeal from appellant KEVIN REID ALTHOUSE.

Judgment entered January 29, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–3–